UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLVIA FITCH,

        Plaintiffs,

    v.

SAN FRANCISCO UNIFIED SCHOOL DISTRICT,

        Defendants.

Case No. 15-cv-02769-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 4, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: July 29, 2016.

DESIGNATION OF EXPERTS: 10/3/16; REBUTTAL: 10/21/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: November 4, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; August 12, 2016;
    Opp. Due: August 26, 2016; Reply Due: September 9, 2016;
    and set for hearing no later than September 23, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 22, 2016 at 3:30 PM.

JURY TRIAL DATE: December 5, 2016 at 8:30 AM.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 7 to 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Mediation shall occur during the 2nd half of January 2016.Plaintiff shall determine whether or not plaintiff is in the Union and if there is a Collective Agreement.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated:  11/2/15

SUSAN ILLSTON
United States District Judge

2