UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA FITCH,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 15-cv-02769-SI<br><br>**ORDER RE: DISCOVERY**<br><br>Re: Dkt. No. 44 |

    The parties have submitted a joint letter regarding a dispute over a further deposition of plaintiff. Plaintiff was deposed on January 11 and 12, 2016, for approximately eight hours. Defendant requests six additional hours of deposition time in order to examine plaintiff about her numerous allegations of race and age discrimination and retaliation. Defendant also states that plaintiff raised new claims about an alleged disability, defendant's failure to engage in the interactive process, and disability discrimination in amended discovery responses received by the District on January 4, 2016, and that plaintiff's medical records were not produced by the deposition date. Defendant also states that at her deposition, plaintiff introduced new claims of gender discrimination, new facts and new documents, all of which require follow-up.

    Plaintiff opposes sitting for any additional deposition time, and asserts that defense counsel wasted time at the deposition by engaging in unnecessary, redundant, and abusive questioning.

    The Court has reviewed the plaintiff's deposition transcript, and concludes that while some questioning appears to have been redundant, defendant has demonstrated good cause for some additional deposition time. The Court finds that an additional four and a half hours should be

sufficient to conclude questioning plaintiff about her various claims as well as the recently produced documents.

**IT IS SO ORDERED**.

Dated: March 15, 2016

———————————————————
SUSAN ILLSTON
United States District Judge