```
1  RICHARD M. ROGERS, #045843
   LAW OFFICE OF RICHARD M. ROGERS
2  100 Bush Street, #1980
   San Francisco, CA  94104
3  Telephone:   415/981-9788
   Facsimile:   415/981-9798
4  Email:       RogersRMR@yahoo.com

5  Attorneys for Plaintiff
   SYLVIA FITCH
6
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA FITCH,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No.: C15-02769 SI<br><br>Case filed:         06/19/15<br>Case reassigned:    08/14/15, 08/24/15<br>Trial date:         12/05/16<br><br>[PROPOSED] ORDER TO SHOW CAUSE RE CONTEMPT FOR FAILURE TO APPEAR PURSUANT TO SUBPOENA (ABDUL LATIF)<br><br>Date:      TBA<br>Time:      TBA<br>Location:  TBA |

1  TO: ABDUL LATIF

2  YOU ARE HEREBY ORDERED to appear before this Court on
3  \_\_\_\_June 2, 2016\_\_\_\_, at \_\_10:00 a.m.\_\_, to show cause why you should not be held in
4  contempt of Court for your failure to appear for deposition pursuant to the Subpoenas served on
5  you on March 9, 2016, and again in May, 2016.

Dated: 5/20/16            By: /s/ Susan Illston
                              SENIOR DISTRICT JUDGE SUSAN ILLSTON