RICHARD M. ROGERS, #045843
LAW OFFICE OF RICHARD M. ROGERS
100 Bush Street, #1980
San Francisco, CA 94104
Telephone:  415/981-9788
Facsimile:  415/981-9798
Email:  RogersRMR@yahoo.com

Attorneys for Plaintiff
SYLVIA FITCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA FITCH,<br><br>  Plaintiff,<br><br>v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>  Defendant. | Case No.: C15-02769 SI<br><br>Case filed:  06/19/15<br>Case reassigned:  08/14/15, 08/24/15<br>Trial date:  12/05/16<br><br>**APPLICATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE RE CONTEMPT FOR FAILURE TO APPEAR PURSUANT TO SUBPOENA (ABDUL LATIF)**<br><br>Date:  06/02/16<br>Time:  10:00am<br>Location:  Courtroom 1, 17th Floor |

CASE NO. C15-02769 SI -- APPLICATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE RE CONTEMPT FOR FAILURE TO APPEAR PURSUANT TO SUBPOENA (ABDUL LATIF)

FITCH/
/OSC_LATIF.RESCH-APL

1  Plaintiff applies to the Court to continue the hearing on the Order To Show Cause to Abdul
2  Latif re Contempt for his failure to obey a Subpoena to appear for deposition one week, from June
3  2, 2016, to June 9, 2016, on the ground that Plaintiff's counsel will be on vacation the week of
4  May 30, 2016, to June 3, 2016.  Defense counsel does not object.

Respectfully submitted,

Dated: 5-24-16

LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers
RICHARD M. ROGERS
Attorneys for Plaintiff

FITCH/
/OSC_LATIF.RESCH-APL

CASE NO. C15-02769 SI -- APPLICATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE RE CONTEMPT FOR FAILURE TO APPEAR PURSUANT TO SUBPOENA (ABDUL LATIF)

1

**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA 94104
Telephone: 415/981-9788
Facsimile: 415/981-9798
Email: RogersRMR@yahoo.com

Attorneys for Plaintiff
**SYLVIA FITCH**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA FITCH,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>  Defendant. | Case No.: C15-02769 SI<br><br>Case filed: 06/19/15<br>Case reassigned: 08/14/15, 08/24/15<br>Trial date: 12/05/16<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE RE CONTEMPT FOR FAILURE TO APPEAR PURSUANT TO SUBPOENA (ABDUL LATIF)<br><br>Date: 06/02/16<br>Time: 10:00am<br>Location: Courtroom 1, 17th Floor |

CASE NO. C15-02769 SI – ORDER GRANTING APPLICATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE RE CONTEMPT FOR FAILURE TO APPEAR PURSUANT TO SUBPOENA (ABDUL LATIF)

FITCH/
/OSC_LATIF.RESCH-APL_POD

1     Plaintiff's counsel having applied to continue the hearing on Order To Show Cause Re
2 Contempt For Failure To Appear Pursuant To Subpoena, and there being no objection from
3 defense counsel, IT IS HEREBY ORDERED:

4     TO: ABDUL LATIF

5     YOU ARE HEREBY ORDERED to appear before this Court on **June 9, 2016**, at
6 **10:00a.m.**, to show cause why you should not be held in contempt of Court for your failure to
7 appear for deposition pursuant to the Subpoenas served on you on March 9, 2016, and again in
8 May, 2016.

10     Dated: May 25, 2016     By: _____
                                          SENIOR DISTRICT JUDGE SUSAN ILLSTON

FITCH/
/OSC_LATIF.RESCH-APL.POD

CASE NO. C15-02769 SI – ORDER GRANTING APPLICATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE RE CONTEMPT FOR FAILURE TO APPEAR PURSUANT TO SUBPOENA (ABDUL LATIF)

1