Richard M. Rogers, #045843
Law Office of Richard M. Rogers
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:   415/981-9788
Facsimile:    415/981-9798
Email:          RogersRMR@yahoo.com

Attorneys for Plaintiff
Sylvia Fitch


Eugene B. Elliot, State Bar No. 111475
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: eelliot@bfesf.com

Attorneys for Defendant
SAN FRANCISCO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA FITCH, <br><br> Plaintiff, <br><br> v. <br><br> SAN FRANCISCO UNIFIED SCHOOL DISTRICT, <br><br> Defendants. | Case No. 3:15-cv-02769-SI <br><br> Case filed:            06/19/15 <br> Case reassigned:   08/14/15, 09/11/15 <br> Trial date:            12/05/16 <br><br> **APPLICATION TO AMEND PRETRIAL ORDER; [PROPOSED] ORDER** <br><br> **Hon. Susan Illston** |

The parties apply to the Court to amend the Scheduling Order as follows:

| | |
|---|---|
| Last day to file dispositive motion | September 30, 2016 |
| Opposition filed by | October 14, 2016 |
| Reply filed by | October 28, 2016 |
| Hearing | November 4, 2016 |

1

1    There is good reason to amend the scheduling order because the parties wish to engage in a Settlement Conference with Magistrate Judge Joseph Spero before filing a dispositive motion. Delaying the dispositive motion will encourage resolution of this case and conserve the parties' resources and judicial resources. The Settlement Conference with Magistrate Judge Spero is set for August 16, 2016. The briefing schedule also takes into account plaintiff's counsel Notice of Unavailability from August 20, 2016 to September 23, 2016.

For the above reasons, the parties also request the following dates be continued:

Non-Expert Discovery cutoff to September 30, 2016 from July 29, 2016;

Designation of Experts to November 18, 2016;

Rebuttal to December 9, 2016;

Expert Witness Discovery cutoff to January 13, 2016;

Pretrial Conference to sometime in ~~February 2017;~~ February 28, 2017

Jury Trial    ~~Sometime in March 2017~~  March 13, 2017

This is the first time the parties have requested a continuance of the trial date.

Dated: June 10, 2016                LAW OFFICE OF RICHARD M. ROGERS

By:    */s/ Richard Rogers*
       Richard M. Rogers
       Attorney for Plaintiff
       SYLVIA FITCH

Dated: June 10, 2016                BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:    */s/ Eugene Elliot*
       Eugene B. Elliot
       Attorney for Defendant
       SAN FRANCISCO UNIFIED SCHOOL DISTRICT

IT IS SO ORDERED. AS AMENDED.

Dated:  6/13/16              By: /s/ Susan Illston
                                 Susan Illston
                                 UNITED STATES DISTRICT COURT JUDGE