UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA FITCH,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 15-cv-02769-SI<br><br>**ORDER DIRECTING U.S. MARSHAL SERVICE TO SERVE CONTEMNOR ABDUL LATIF AND ORDERING MR. LATIF TO APPEAR FOR DEPOSITION ON JULY 28, 2016 AT 1:30 PM IN COURTROOM 1** |

    In an order filed on June 9, 2016, the Court held non-party Abdul Latif in contempt for his failure to obey two subpoenas to appear for deposition. That order also ordered Mr. Latif to appear for his deposition on June 29, 2016, and informed Mr. Latif that if he failed to do so he would be subject to further sanctions. A copy of the June 9, 2016 order is attached to this order.

    On June 29, 2016, the Court held a status conference in this case. Counsel for plaintiff and defendant appeared at the conference. Plaintiff's counsel informed the Court that the process server had been unable to serve the June 9, 2016 order on Mr. Latif because the person at the address provided for Mr. Latif is avoiding service. As plaintiff has made numerous unsuccessful attempts to serve Mr. Latif with the June 9, 2016 order, the Court finds it appropriate to order the United States Marshal Service to serve Mr. Latif with a copy of this order as well as the June 9, 2016 order. The Court finds that one U.S. Marshal shall be sufficient to effectuate service. Plaintiff shall pay the U.S. Marshal Service the fees and costs for service, which is $65 per hour for the Marshal and $.54 per mile for mileage.

    **Mr. Latif is hereby ORDERED to appear for his deposition on July 28, 2016 at 1:30 p.m. at Courtroom 1 on the 17th floor, 450 Golden Gate Ave., San Francisco. If Mr. Latif**

**appears for his deposition, he will "purge" this finding of civil contempt. If Mr. Latif fails to appear for his deposition, the Court will hold a hearing on July 28, 2016 at 1:30 p.m. to determine what sanctions, including an order into custody and/or monetary sanctions, are warranted. The Court informs Mr. Latif that disobedience of a court order is a serious matter and that further contumacious conduct will have significant consequences.**

**IT IS SO ORDERED**.

Dated: June 29, 2016

_____
SUSAN ILLSTON
United States District Judge